■ LOUIS B. DAVIDOW et al., Respondents, v. ARTHUR DONOW et al., Appellants, et al., Defendant.— In an action by stockholders to annul and to declare void the election of defendant Cele Weiss as a director, and to declare certain other acts of the defendants, other than defendant Freiman, of no validity or effect, the defendants (other than Freiman) appeal, upon a settled bill of exceptions, from a judgment of the Supreme Court, Nassau County, entered May 29, 1961, upon the decision of the court after a nonjury trial, in favor of the plain-

tiffs. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.